832

*Sweeney* and *Harry I. Rand* for the United States.

No. 731. FOREIGN TRADE MANAGEMENT CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Dean Hill Stanley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Harry I. Rand* for the United States.

No. 746. ROSS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Arnold Raum, Sewall Key* and *Robert N. Anderson* for the United States.

No. 752. GILL ET AL. *v.* MESTA MACHINE CO. C. C. A. 3d. Certiorari denied. Petitioners *pro se. John C. Bane, Jr.* for respondent.

No. 755. CLEMENTS *v.* CLEVELAND & CHICAGO MOTOR EXPRESS CO. C. C. A. 7th. Certiorari denied. *Royal W. Irwin* for petitioner. *John R. Montgomery* for respondent.

No. 763. JOWERS ET AL. *v.* DOWELL, INC. C. C. A. 5th. Certiorari denied. *Leonard Lloyd Lockard* for petitioners. *Val Irion* for respondent.

No. 764. DOWNS *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 9th. Certiorari denied. *Robert A. Waring* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Helen Goodner* for respondent.